**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6394

CALVIN LAVAN CLARK,

Petitioner - Appellant,

v.

JOHN R. OWENS, Warden, FCI WILLIAMSBURG,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Solomon Blatt, Jr., Senior District
Judge.  (1:11-cv-00006-SB)

Submitted:  July 26, 2011       Decided:  August 5, 2011

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Lavan Clark, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lavan Clark, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Clark v. Owens</u>, No. 1:11-cv-00006-SB (D.S.C. Mar. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>